ROBERT WEIGEL and HENRY HILLEBRAND, Appellants, v. LESLIE COOK and MARGARET E. COOK, His Wife, Respondents.— Motion denied.

JONAS E. WILLIE, Respondent, v. JOSEPH LUCZKA, Appellant.— Motion denied.

---

## FOURTH DEPARTMENT, JANUARY, 1921.

LENA J. REICHLE, as Administratrix, etc., Respondent, v. G. W. PERKINS, as President of CIGARMAKERS' INTERNATIONAL UNION, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOSEPH W. WILMES, Respondent, v. SIMEON E. FOURNIER, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, to Ascertain the Compensation to Be Paid to the Owners of Lands, etc., Claimed to Be Owned by BUFFALO VENEER COMPANY and Others. (Proceeding No. 110.) — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN BEBACK, Appellant, Respondent, v. STEPHEN V. R. SPAULDING and Others, Appellants, and INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

DANIEL F. STROBEL, Respondent, v. CHARLES E. SNYDER, Individually and as Executor, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Hubbs, J., not sitting.

HAZEL LADUQUE, an Infant, etc., Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

WILLIAM P. GREINER, Appellant, v. WEST SHORE RAILROAD COMPANY and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS ECONOMOUS, Appellant, v. JOHN J. COAKLEY, as Chief of Police of the City of Utica, New York, Respondent.— Appeal dismissed upon stipulation filed.

In the Matter of the Petition for Letters of Administration upon the Estate of FRANZ KAMPFL, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

KATHERINE WEINZ, Appellant, v. JOHN WEINZ and Others, Respondents. — Appeal dismissed, without costs, upon stipulation filed.

CARL EMIL MOLLER and Others, Respondents, v. CLARE A. PICKARD and Others, Appellants.— Order entered substituting Jane Elizabeth Bloomquist, as administratrix of the personal estate of Charles A. Bloomquist, deceased, as plaintiff, respondent, herein, in the place of said Charles A. Bloomquist, deceased.